# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KATHEM HASHEM,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3053 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Motion to Proceed *in forma pauperis* (Filing No. 2). The plaintiff filed an affidavit in support of the motion. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's motion to proceed *in forma pauperis* (Filing No. 2) is granted; accordingly, the plaintiff shall be allowed to proceed without payment of the filing fee.

2. To obtain service of process on the defendant, the plaintiff must complete and return the three summons forms and three USM-285 forms. Upon receipt of the completed forms, the Clerk of the Court will sign the summons forms, to be forwarded with copies of the Complaint to the U.S. Marshal for service of process.

3. The Marshal shall serve the summons and Complaint without payment of costs or fees. Service may be by certified mail pursuant to Fed. R. Civ. P. 4 and Nebraska law in the discretion of the Marshal.

DATED this 24th day of March, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge