IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHEM HASHEM,              )<br>                             )<br>       Plaintiff,           )<br>                             )<br>   v.                        )<br>                             )<br> MICHAEL J. ASTRUE, Commissioner of   )<br> Social Security,            )<br>                             )<br>       Defendant.            )<br>                             ) | 4:10CV3053<br><br>ORDER ON<br>UNOPPOSED SECOND MOTION FOR<br>EXTENSION OF TIME TO RESPOND TO<br>PLAINTIFF'S BRIEF |

IT IS ORDERED that:

1. the Unopposed Second Motion for Extension of Time to Respond to Plaintiff's Brief, filing 29, is granted, and the defendant's brief shall be filed on or before January 17, 2011;

2. within one week after the defendant's answer brief is filed, the plaintiff may file a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g); and

3. in the absence of an order setting the case for oral argument or scheduling further proceedings, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 2 hereof.

Dated December 20, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge